# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Faris, Robert J. | Bankruptcy Court, D. Hawaii | 05/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1132 Bishop St. Suite 250
Honolulu
HI
96813

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | William S. Richardson School of Law, Univ. of Hawaii at Manoa - salary for teaching law school course | $3,519.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▒▒▒▒▒▒▒▒. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maui County Bar Association | 9/30/18 | Wailuku HI | CLE program for Maui County Bar Association. | Reimbursement for airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Dept. of Education | Direct student plus loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Hawaii accounts | A | Interest | N | T | | | | | |
| 2. ▆▆▆▆▆ stock | | None | J | W | | | | | |
| 3. IRA account #1 (H) | | | | | | | | | |
| 4. -- Goldman Sachs Bank CD due 9/29/23 | A | Interest | K | T | | | | | |
| 5. -- Schwab money market fund | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 6. -- Vanguard Index Trust S&P 500 | D | Int./Div. | N | T | | | | | |
| 7. -- Schwab Aggregate US Bond Index Fund | C | Int./Div. | M | T | | | | | |
| 8. IRA account #2 (H) | | | | | | | | | |
| 9. -- Goldman Sachs Bank CD due 9/29/93 | A | Interest | K | T | | | | | |
| 10. -- Schwab money market fund | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 11. --Vanguard Index Trust S&P 500 | C | Int./Div. | M | T | | | | | |
| 12. -- Schwab Aggregate US Bond Index Fund | B | Int./Div. | L | T | | | | | |
| 13. Trust #1 (H) | | | | | | | | | |
| 14. -- Bank of Hawaii account | A | Interest | J | T | | | | | |
| 15. Trust #2 (H) | | | | | | | | | |
| 16. -- Schwab money market fund | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 17. | | | | | Sold (part) | 01/24/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/10/18 | K | A | |
| 19. | | | | | Sold (part) | 09/27/18 | K | A | |
| 20. -- Safra Bank CD due 10/9/18 | A | Interest | | | Matured | 10/09/18 | K | A | |
| 21. -- American Express Centurion CD due 8/22/19 | A | Interest | K | T | | | | | |
| 22. -- American Express Bank CD due 9/4/19 | A | Interest | K | T | | | | | |
| 23. -- American Express Bank CD due 11/20/19 | A | Interest | J | T | | | | | |
| 24. -- Bank of Hope CD due 8/24/18 | A | Interest | | | Matured | 08/21/18 | K | A | |
| 25. -- Schwab Aggregate US Bond Index Fund | A | Int./Div. | K | T | Buy | 01/24/18 | K | | |
| 26. Trust #3 (H) | | | | | | | | | |
| 27. -- Schwab money market fund | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 28. | | | | | Buy (add'l) | 06/04/18 | K | | |
| 29. | | | | | Sold (part) | 07/17/18 | K | | |
| 30. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 31. | | | | | Sold (part) | 09/10/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/22/18 | P4 | | |
| 33. -- Schwab Aggregate US Bond Index Fund | A | Int./Div. | K | T | Buy | 01/24/18 | K | | |
| 34. -- Glenmeade Small Cap Eqty | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Harbor Intl Fund | A | Int./Div. | J | T | | | | | |
| 36. -- PIMCO Total Return PTTDX | B | Int./Div. | J | T | | | | | |
| 37. -- Schwab Intl Index Fund | A | Int./Div. | K | T | | | | | |
| 38. -- Schwab Small Cap Income Fund | A | Int./Div. | J | T | | | | | |
| 39. -- Vanguard Index Trust S&P 500 | C | Int./Div. | M | T | | | | | |
| 40. -- Ally Bank CD due 05/29/18 | A | Interest | | | Matured | 05/29/18 | K | A | |
| 41. -- First Bank CD due 7/30/18 | A | Interest | | | Matured | 07/30/18 | K | A | |
| 42. -- Ally Bank CD due 10/15/18 | A | Interest | | | Matured | 10/15/18 | K | A | |
| 43. Brokerage Account #1 (H) | | | | | | | | | |
| 44. -- Goldman Sachs Bank CD due 09/29/23 | D | Interest | M | T | | | | | |
| 45. -- Schwab municipal money market fund | A | Interest | K | T | | | | | |
| 46. U.S. Savings Bonds | | None | J | T | | | | | |
| 47. ▨ . pension & profit sharing plan (H) | | | | | | | | | |
| 48. -- Schwab money market fund | A | Int./Div. | M | T | Buy (add'l) | 03/02/18 | L | | |
| 49. -- Vanguard Index Trust S&P 500 | E | Int./Div. | P1 | T | | | | | |
| 50. -- Schwab Aggregate US Bond Index Fund | B | Int./Div. | N | T | Buy (add'l) | 01/24/18 | L | | |
| 51. State of Hawaii PTS Deferred Comp. Retirement Plan | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Faris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544